882 A.2d 461

**GLEN–GERY CORPORATION, Petitioner**

v.

**ZONING HEARING BOARD OF DOVER TOWNSHIP,**
York County, Pennsylvania and Dover Township,
Respondents.

Supreme Court of Pennsylvania.

Aug. 10, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of August, 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether 42 Pa.C.S. § 5571(c)(5), which requires challenges to the validity of an ordinance alleging a defect in its enactment or adoption be brought within 30 days after the intended effective date of the ordinance, violates due process.